## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**WILLIAM FRAZIER**                                                              **PLAINTIFF**

**VERSUS**                                    CAUSE NO.: 23-651

**TEXAS FARM BUREAU**
**UNDERWRITERS**                                                                 **DEFENDANT**

### COMPLAINT WITH DISCOVERY ATTACHED
### (Jury Trial Requested)

Plaintiff, William Frazier ("William" or "Plaintiff"), by and through his attorneys of record, and files this his Complaint against Defendant Texas Farm Bureau Underwriters ("Texas Farm Bureau" or "Defendant"), and for his causes of this action would show unto the Court the following:

### Parties

1. At the time of the crash and currently, William is an adult resident citizen of Mississippi.

2. Defendant, Texas Farm Bureau, is a foreign corporation organized under the laws of a state other than Mississippi but is authorized to and does business in the State of Mississippi and maintains a presence and corporate address in Waco, Texas at its home office and principal place of business located at 7420 Fish Pond Road, Waco, Texas 76710 and may be served by serving its registered agent or serving its President or other officer.

**Exhibit A**

### Jurisdiction and Venue

3. This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in Hinds County, Mississippi because the cause of action and damages occurred and/or accrued in Hinds County, Mississippi.

### Common Allegations

4. On August 26, 2022, at approximately 12:48 a.m., William was operating a 2015 Toyota Camry in a safe and prudent manner traveling west on Eddy Street in Jackson, Hinds County, Mississippi.

5. At the same time and place, an unknown driver was operating a stolen 2016 Volkswagon Jetta approaching the stop sign at the intersection of Creston Avenue and Eddy Street.

6. As William traveling safely passing the intersection with Creston Avenue, the driver of the stolen vehicle pulled out from the stop sign and struck William's vehicle causing William to suffer severe personal injuries.

7. The collision and resulting damages to William were directly and proximately caused by the negligence of the driver of the stolen vehicle in the following respects:

a.  Violated Mississippi Code Annotated § 63-3-1213 by driving his/her vehicle in a careless and imprudent manner without regard for traffic and all other attendant circumstances;

b.  Violated Mississippi Code Annotated § 63-3-505 by failing to slow or otherwise maneuver his/her vehicle under the conditions present and to avoid colliding with William;

c.  Violated Mississippi Code Annotated § 63-3-1201, by driving his/her vehicle in such a manner as to indicate a willful or wanton disregard for the safety of persons or property including William;

d.  Failed to yield the right-of-way;

e.  Failed to keep a proper lookout for other vehicles and road conditions;

f.  Failed to observe due care and precaution and to maintain proper and adequate control of his/her vehicle;

g.  Failed to exercise reasonable care in the operation of his/her vehicle under the circumstances and conditions then and there existing at the time of the collision; and

h.  Committed other acts of negligence to be named in a trial of this matter.

8.  Upon information and belief, the driver of the stolen vehicle was uninsured at the time of the collision.

9. As a direct and proximate result of the negligence of the driver of the stolen vehicle, William was caused to suffer serious, permanent, painful and disabling injuries to his body and property which resulted in the following damages to Frances:

    a. Medical and drug expenses to date;

    b. Pain, suffering and mental anguish to date;

    c. Non-permanent injuries, pain, suffering and mental anguish and emotional distress to date;

    d. Pain, suffering and mental anguish for the remainder of his life;

    e. Future medical and drug expenses;

    f. Lost wages;

    g. Loss of wage earning capacity

    h. Loss of enjoyment in life and quality of life;

    i. Permanent disability and disfigurement;

    j. Pre and post judgment interest; and

    k. All damages allowed by law.

I.     **COUNT I - UNINSURED MOTORIST CLAIM**
**AGAINST TEXAS FARM BUREAU**

10. William incorporates and re-alleges all previous paragraphs set out herein.

11. On August 26, 2022, the vehicle being operated by William was insured under an automobile insurance policy which was written by Texas Farm Bureau and bore

Policy Number 23413414. William was an insured under the policy at the time of the crash for underinsured motorist coverage. The Texas Farm Bureau policy provided $100,000.00/person and $300,000.00/accident in uninsured motorist coverage per vehicle on two (2) vehicles providing for $200,000.00 in total stacked uninsured motorist coverage.

12. William qualifies as an insured under the insurance policy issued by Texas Farm Bureau.

13. Pursuant to Mississippi law, the total amount of insurance coverage available to William through the policy issued by Texas Farm Bureau, amounts to at least $200,000.00.

14. William has satisfied all conditions precedent of the insurance policy issued by Texas Farm Bureau, to submit a claim for uninsured/underinsured motorist benefits to Texas Farm Bureau.

15. William qualifies as an uninsured/underinsured motorist under the definitions contained in the insurance policy issued by Texas Farm Bureau.

16. William is entitled to uninsured motorist benefits from Texas Farm Bureau.

WHEREFORE, PREMISES CONSIDERED, William Frazier demands judgment against Texas Farm Bureau Underwriters for an amount of actual, compensatory, consequential, and incidental damages, for medical and drug expenses to date, pain, suffering, and mental anguish to date, non-permanent injuries, pain, suffering, and

mental anguish to date, pain, suffering, and mental anguish for the remainder of his life, future medical and drug expenses, loss of enjoyment in life and quality of life, lost wages, loss of wage earning capacity, permanent disability and disfigurement, pre and post judgment interest and any other special damages that may be incurred by him, together with attorney's fees, costs of court and any further relief to be determined by a jury of William Frazier's peers arising from the negligence of the driver of the stolen vehicle and any other relief to which he may be entitled to under Mississippi law.

Respectfully submitted this the 30th day of October, 2023.

**WILLIAM FRAZIER,**

Plaintiff,

NICHOLAS A. PUCKETT, ESQ.

Nicholas A. Puckett, MSB#105599
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone (769)209-6468
Facsimile: (769)209-6568
Email: npuckett@forthepeople.com

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01 (Rev 2016)

**Court Identification Docket #**

County # | Judicial District | Court ID (CH, CI, CO): 2 5 | 1 | C I

Month / Date / Year: 1 1 / 0 7 / 2 3

This area to be completed by clerk

**Case Year:** 2 0 2 3

**Docket Number:** 0 5 1

Local Docket ID

Case Number if filed prior to 1/1/94

---

In the **CIRCUIT** Court of **HINDS** County — **FIRST** Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** Last Name: Frazier   First Name: William   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

____ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff**

**Attorney (Name & Address)** Nicholas A. Puckett, Esq. 4450 Old Canton Rd. Suite 200; Jackson, MS 39211   **MS Bar No.** 105599

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing:

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** Last Name   First Name   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business** Texas Farm Bureau Underwriters
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - If Known**   **MS Bar No.**

---

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [X] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**WILLIAM FRAZIER**                                                                **PLAINTIFF**

**VERSUS**                                                      CAUSE NO.: 23-651

**TEXAS FARM BUREAU UNDERWRITERS**                                   **DEFENDANT**

### SUMMONS

**STATE OF TEXAS**
**COUNTY OF MCLENNAN**

TO:    Texas Farm Bureau Underwriters
**Registered Agent, President, or other Officer**
7420 Fish Pond Road
Waco, TX 76710

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to Nicholas A. Puckett, Esq, attorney for the Plaintiff, whose address is MORGAN & MORGAN, PLLC, 4450 Old Canton Road, Suite 200, Jackson, Mississippi 39211. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your written responses to the Discovery which is simultaneously being served with the Complaint must be mailed or delivered within forty-five (45) days from the date of delivery of this Summons and Complaint.

You must also file the original of your responses with the Clerk of this Court within a reasonable time afterward.

Issued, under my hand and the seal of said Court, this 7th day of Nov. 2023.

HONORABLE ZACH WALLACE
HINDS COUNTY CIRCUIT CLERK

By: _____, D.C

## PROOF OF SERVICE

| Case: 23-651 | Court: CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI, FIRST JUDICIAL DISTRICT | County: HINDS | Job: 9895326 |
|---|---|---|---|
| Plaintiff / Petitioner: William Frazier | | Defendant / Respondent: Texas Farm Bureau Underwriters | |
| Received by: Vyper Investigations and Legal Support | | For: MORGAN & MORGAN, Jackson, MS | |
| To be served upon: TEXAS FARM BUREAU UNDERWRITERS c/o Registered Agent, President, or other Officer | | | |

TEXAS FARM BUREAU UNDERWRITERS c/o Registered Agent, President, or other Officer Name of Person or Entity Served
I, Joseph Klepper, served the SUMMONS, COMPLAINT, PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT TEXAS FARM BUREAU UNDERWRITERS upon the person or entity named above in the manner set forth below:

PERSONAL SERVICE. I personally delivered copies to BILL BROOKS, VICE PRESIDENT, on Nov 10, 2023 at 2:26 pm , where I found said person(s) in the County of MCLENNAN TX.

Address where served: 7420 FISH POND RD, WACO, TX 76710

At the time of service I was at least 18 years of age and not a party to this action.

Personally appeared before me the undersigned authority in and for the state of County aforesaid, the within named Joseph Klepper who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

Adopted effective March 1, 1985; amended effective May 2, 1985, amended March 17th 1995.

_____    11/14/2023
Joseph Klepper    /Date

Quantum Process, LLC
418 Pittman Rd.
Ellisville, MS 39437
(601)800-2004

ID: 9895326
Client Reference:

State of    TEXAS
County of    McLENNAN
Subscribed and sworn to before me, a notary public

_____
Notary Public

January 28, 2024
Commission Expires

DELIA FAGERBERG
Notary Public
STATE OF TEXAS
ID# 13233316-1
My Comm. Exp. Jan. 28, 2024